**Order entered May 21, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00060-CV

**JOSE AGUILAR, Appellant**

**V.**

**DAN WILLEMS, Appellee**

**On Appeal from the County Court at Law No. 1**
**Dallas County, Texas**
**Trial Court Cause No. CC-18-03480-A**

## ORDER

Before the Court is appellant's May 10, 2019 motion for an extension of time to file his brief on the merits. We **GRANT** the motion. We **ORDER** the brief tendered to this Court by appellant on May 15, 2019 filed as of the date of this order.

/s/    BILL WHITEHILL
        JUSTICE